*Friday, July 24, 1998*

## MOTION DOCKET

**90–471.  State v. Frazier.**

Cuyahoga App. No. 54771.   Upon consideration of appellee's motion to set execution date,

IT IS ORDERED by the court that the motion be, and is hereby, granted.

IT IS HEREBY ORDERED by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 22nd Day of October 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

**97–1130.  State v. Goff.**

Clinton App. No. CA95–09–026.   Upon consideration of the motion for stay of execution of death sentence pending the timely filing and final disposition of a petition for a writ of certiorari in the United States Supreme Court and for stay during pendency of post-conviction remedies, and it appearing from the motion that a petition for post-conviction relief has been filed by appellant with the Clinton County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for post-conviction relief before courts of this state have been exhausted, whichever occurs later.

*Monday, July 27, 1998*

## MOTION DOCKET

**98–904.  State v. Herring.**

Mahoning App. No. 96CR339.   This cause is pending before the court as an appeal from the Court of Common Pleas of Mahoning County.   Upon consideration of appellant's motion for extension of time for transmission of record,

IT IS ORDERED by the court that the motion for extension of time for transmission of record be, and hereby is, granted, and the time for transmitting record is extended until September 8, 1998.